AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**1829 M STREET, NW, #2**
**WASHINGTON, DC**

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

We <u>DON SENDER and ROBERT ABRAMS</u> being duly sworn depose and say:

We are <u>Special Agents with the Internal Revenue Service Criminal Investigation and Immigration and Customs Enforcement</u> and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**1829 M Street, NW, #2, Washington, DC, as more particularly described in Attachment A of the Affidavit.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See attachments A, B and the affidavit submitted in support of the application for this warrant which attachments A, B and the affidavit are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing a criminal offense.

concerning a violation of Titles <u>26 and 18</u> United States Code, Section(s) <u>7201; 7206(1); and 157</u> and Title 22 District of Columbia Code, Section 2705.  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Roy Austin, Jr.
Fraud and Public Corruption/5th Floor
(202) 353-9458

Signature of Affiant
DON SENDER, Special Agent
Internal Revenue Service

Sworn to before me, and subscribed in my presence

ROBERT ABRAMS, Special Agent
Immigrations and Customs Enforcement

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer