AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1829 M STREET, NW, #2**
**WASHINGTON, DC**

## SEARCH WARRANT

CASE NUMBER: 06 - 058M-01

TO: <u>DON SENDER and ROBERT ABRAMS</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>SPECIAL AGENTS, DON SENDER and ROBERT ABRAMS</u> who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**1829 M Street, NW, #2, Washington, DC, as more particularly described in Attachment A of the Affidavit.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)
See attachments A, B, and the affidavit submitted in support of the application for this warrant which attachments A, B, and the affidavit are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   20 FEB 2006
                                                           (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 13 2006  9:35 am    at Washington, D.C.

Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer        Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/13/06 | 2/16/06  9:05 p.m. | at premises |

INVENTORY MADE IN THE PRESENCE OF

Esther Brobesong

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached Inventory Listing

FILED

FEB 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     2-22-06.
U.S. Judge or U.S. Magistrate Judge          Date

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
1829 M Street, NW
Washington, DC

**Investigation Number:**
520630079

**Starting Date and Time:**
02/16/2006 09:39 PM

**Ending Date and Time:**
02/17/2006 12:04 AM

**Report Date:**
Friday, February 17, 2006

---

**Control #:** 1
**Location:** Employee Room
**Found:** Cabinet Next to TV
**Description:** Seized Per Warrant   Video Tapes
**Evidence Box:** 2
**Locator Code:**

---

**Control #:** 2
**Location:** Employee Room
**Found:** Top of TV
**Description:** Seized Per Warrant   CD's
**Evidence Box:** 3
**Locator Code:**

---

**Control #:** 3
**Location:** Office
Office
**Found:** Top Drawer of Small File Cabinet
**Description:** Seized Per Warrant   1 Floppy 3.5 Marked "Trrey"
1 Floppy 3.5 (no label)
**Evidence Box:** 3
**Locator Code:**

---

**Control #:** 4
**Location:** Office
Office
**Found:** On Side Table
**Description:** Seized Per Warrant   Dell Inspiron 2200 Notebook , SN 1F1BV81
Western Digital WD400 Hard Drive, SIN: WD-WXEX05107643
Verizon Card, 4 DVD's, 1 CD, CASE, Receipts for computer
**Evidence Box:**
**Locator Code:**

---

**Control #:** 5
**Location:** Office
Office
**Found:** Under Desk
**Description:** Seized Per Warrant   Systemax Venture Computer, S/N: 1050526922
Western Digital WD 200 Hard drive, S/N: WMAC 61818012
**Evidence Box:**
**Locator Code:**

---

**Control #:** 6
**Location:** Locker Room
**Found:** In Room
**Description:** Seized Per Warrant   US currency $300
**Evidence Box:** 1
**Locator Code:**

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 4 |
| **Location:** | Waiting Area | **Locator Code:** | |
| **Found:** | On Wall | | |
| **Description:** | Seized Per Warrant  Certificate on Wall | | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | 4 |
| **Location:** | Bedroom 1 | **Locator Code:** | |
| **Found:** | In Room | | |
| **Description:** | Seized Per Warrant  Business Cards | | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | 4 |
| **Location:** | Locker Room | **Locator Code:** | |
| **Found:** | Locker #9 | | |
| **Description:** | Seized Per Warrant  Cash Receipts/ Money Order receipts | | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 4 |
| **Location:** | Locker Room | **Locator Code:** | |
| **Found:** | Locker #6 | | |
| **Description:** | Seized Per Warrant  Employee Roster, Incorporation Papers, Misc notes | | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 4 |
| **Location:** | Closet in room A | **Locator Code:** | |
| **Found:** | File Cabine | | |
| **Description:** | Seized Per Warrant  Employee Applications, Rate Listing, CC receipts, Misc Docs | | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 4 |
| **Location:** | Locker Room | **Locator Code:** | |
| **Found:** | Locker #7 | | |
| **Description:** | Seized Per Warrant  Receipt Book | | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 4 |
| **Location:** | Locker Room | **Locator Code:** | |
| **Found:** | Locker # 7 | | |
| **Description:** | Seized Per Warrant  Mercedes Benz Purchase Agreement | | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 4 |
| **Location:** | Closet in room A | **Locator Code:** | |
| **Found:** | File Cabinet | | |
| **Description:** | Seized Per Warrant  Credit Card Receipts and other documents | | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | 4 |
| **Location:** | Office  Office | **Locator Code:** | |
| **Found:** | Desk Area | | |
| **Description:** | Seized Per Warrant  Daily Ledgers | | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 2 |
| **Location:** | Office<br>Office | **Locator Code:** | |
| **Found:** | Desk Area | | |
| **Description:** | Seized Per Warrant | Disk Holder w/ Disk | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 5 |
| **Location:** | Locker Room | **Locator Code:** | |
| **Found:** | Locker 14 | | |
| **Description:** | Seized Per Warrant | Provident Bank Deposit slip - ICM Body Concepts<br>Daily Log Sheets Various Other Business Records | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 6 |
| **Location:** | Office<br>Office | **Locator Code:** | |
| **Found:** | Purse | | |
| **Description:** | Seized Per Warrant | 2 Calendars | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 6 |
| **Location:** | Closet in room A | **Locator Code:** | |
| **Found:** | File Cabinet | | |
| **Description:** | Seized Per Warrant | Employee Applications | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | 6 |
| **Location:** | Waiting Area | **Locator Code:** | |
| **Found:** | In Room | | |
| **Description:** | Seized Per Warrant | Spa Menu with rate sheete | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | 6 |
| **Location:** | Closet in room A | **Locator Code:** | |
| **Found:** | File Cabinet | | |
| **Description:** | Seized Per Warrant | Daily Ledgers | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | 6 |
| **Location:** | Office<br>Office | **Locator Code:** | |
| **Found:** | Desk Area | | |
| **Description:** | Seized Per Warrant | Daily Ledgers & Misc Documents | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | 6 |
| **Location:** | Locker Room | **Locator Code:** | |
| **Found:** | Locker 13 | | |
| **Description:** | Seized Per Warrant | Negatives & Photos sharing sex acts | |

| Control #:    | 24                                      | Evidence Box:  | 6 |
|---------------|-----------------------------------------|----------------|---|
| Location:     | Office                                  | Locator Code:  |   |
|               | Office                                  |                |   |
| Found:        | Desk Area                               |                |   |
| Description:  | Seized Per Warrant   Dailey Ledgers, credit card expenses, receipt book & misc documents | | |

| Control #:    | 25                                      | Evidence Box:  | 1 |
|---------------|-----------------------------------------|----------------|---|
| Location:     | Office                                  | Locator Code:  |   |
|               | Office                                  |                |   |
| Found:        | In Desk drawer bottom left in black purse |              |   |
| Description:  | Seized Per Warrant   US currency $100   |                |   |